No. 114. HOPPS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Edward P. Morgan* and *Edward S. O'Neill* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 110. KING *v.* YAEGER, WARDEN. Supreme Court of New Jersey. Certiorari denied. *Samuel Kagle* and *Oscar Brown* for petitioner.

No. 117. KING ET VIR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Hugh L. Bailey* for petitioners. *Solicitor General Cox* for the United States.

No. 118. HENRIKSEN ET AL. *v.* CORY CORP. C. A. 7th Cir. Certiorari denied. *Fred T. Williams* and *Philip W. Amram* for petitioners. *William J. Stellman* for respondent.

No. 124. SAUNDERS, EXECUTOR, ET AL. *v.* HANSON. C. A. D. C. Cir. Certiorari denied. *John A. Beck* and *Ellis N. Slack* for petitioners. *John Alexander* and *Walter W. Johnson, Jr.,* for respondent.

No. 127. MUNN ET AL. *v.* HORVITZ Co. ET AL. Supreme Court of Ohio. Certiorari denied. *Reese Dill* and *Russell B. Day* for petitioners. *William B. Saxbe,* Attorney General of Ohio, *Harry R. Paulino,* Assistant Attorney General, and *Robert B. Krupansky* for respondents.